NATALIE K. WIGHT, OSB #035576
United States Attorney
District of Oregon
**PAUL T. MALONEY, OSB #013366**
Assistant United States Attorney
Paul.Maloney@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:23-mj-00099 |
| v. | |
| **DIEGO ARMANDO ESQUEDA HINOJOSA,** | **MOTION TO PARTIALLY UNSEAL CASE** |
| Defendants. | |

The United States of America moves this court for an order to partially unseal the above-captioned case. The United States requests the complaint, affidavit in support and related arrest materials remain under seal as the matter remains under investigation and the materials contain sensitive law enforcement source information. The defendant herein has been arrested and needs to make an initial appearance on the complaint.

**Motion to Partially Unseal Case**  Page 1
Revised March 2018

The government will file a redacted version of the complaint and affidavit to be publicly available.

The government intends to disclose the complaint, affidavit and any related sealed documents to defense counsel as part of discovery, but requests that only the redacted document be referred to in public proceedings or as justice may require.

Dated: June 2, 2023

Respectfully submitted,

NATALIE K. WIGHT
United States Attorney

*/s/ Paul T. Maloney*
PAUL T. MALONEY, OSB #013366
Assistant United States Attorney